# EXHIBIT A

SOCIAL SECURITY ADMINISTRATION

```
                                    Date: October 24, 2014
                                    Claim Number: XXX-XX-0700A
                                                  XXX-XX-0700DI
```



```
TALIBAH A AZIZ
PO BOX 690023
BRONX NY 10469-0760
```

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

    Beginning December 2013, the full monthly
Social Security benefit before any deductions is......$ 1966.60

    We deduct $104.90 for medical insurance premiums each month.

    The regular monthly Social Security payment is........$ 1861.00
(We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

    The date of birth shown on our records is March 24, 1966.

Other Important Information

    MS AZIZ WAS FOUND DISABLED ON 04/02/07 AND HAS BEEN DISABLED ACCORDING TO SOCIAL SECURITY RULES SINCE THAT DATE. HER BENEFITS HAVE BEGUN 10/2007 AND HAVE CONTINUED WITHOUT INTERRUPTION.

Medicare Information

    You are entitled to hospital insurance under Medicare beginning October 2009.

    You are entitled to medical insurance under Medicare beginning October 2009.